**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

Eastern _____ District of __Tennessee__
(State)

Case number (*If known*): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual          **12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | *Check one:*<br>☒ Chapter 7<br>☐ Chapter 11 |

### Part 2:    Identify the Debtor

| | |
|---|---|
| 2. **Debtor's name** | Echo MAV, LLC aka EchoMAV, LLC |

| | |
|---|---|
| 3. **Other names you know the debtor has used in the last 8 years**<br><br>Include any assumed names, trade names, or *doing business as* names. | _____<br>_____<br>_____ |

| | |
|---|---|
| 4. **Debtor's federal Employer Identification Number (EIN)** | ☐ Unknown<br><br>8 8 – 3 5 7 0 5 8 0<br>EIN |

5. **Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 310 Simmons Road B<br>Number    Street | _____<br>Number    Street |
| | P.O. Box |
| Knoxville          TN    37922<br>City            State  ZIP Code | _____<br>City          State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Knox<br>County | _____<br>Number    Street |
| | _____<br>City          State  ZIP Code |

| Debtor | Echo MAV, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**6. Debtor's website** (URL)    https://echomav.com/about-us/

---

**7. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____    Relationship _____
  - District _____ Date filed _____    Case number, if known _____
  - MM / DD / YYYY

  - Debtor _____    Relationship _____
  - District _____ Date filed _____    Case number, if known_____
  - MM / DD / YYYY

---

| **Part 3:** | **Report About the Case** |
|---|---|

---

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor    **Echo MAV, LLC**
_____
Name

Case number (if known) _____

| 13. **Each petitioner's claim** | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Horizon31, LLC | Judgment | $ 816,625.00 |
| | | | $ _____ |
| | | | $ _____ |
| | | Total of petitioners' claims | $ _____ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| Part 4: | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Horizon31, LLC
_____
Name

632 Tree Ridge Road
_____
Number    Street

Knoxville,            TN        37922
_____
City                State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Andrew Harter
_____
Name

632 Tree Ridge Road
_____
Number    Street

Knoxville          TN        37922
_____
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/12/2025
_____
MM / DD / YYYY

✗ /s/Andrew Harter  CEO & Member
_____
Signature of petitioner or representative, including representative's title

Maurice K. Guinn
_____
Printed name

Gentry, Tipton & McLemore, P.C.
_____
Firm name, if any

900 S. Gay Street, Suite 2300
_____
Number    Street

Knoxville            TN        37902
_____
City                State    ZIP Code

Contact phone  (865) 525-5300    Email  MKG@tennlaw.com

Bar number  000366
_____

State    Tennessee
_____

✗ /s/Maurice K. Guinn
_____
Signature of attorney

Date signed  06/12/2025
_____
MM / DD / YYYY

Debtor    Echo MAV, LLC
_____
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

_____
Number    Street

_____
City                          State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State        _____

✘ _____
Signature of attorney

Date signed    _____
                        MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                          State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

_____
Number    Street

_____
City                          State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State        _____

✘ _____
Signature of attorney

Date signed    _____
                        MM / DD / YYYY