B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Eastern District Of Tennessee

In re __Echo MAV, LLC aka EchoMAV, LLC__ )    Case No. __3:25-bk-31122-SHB__
    Debtor*                                )
                                           )    Chapter __7__
                                           )
                                           )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __June 12, 2025__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:    Clerk, United States Bankruptcy Clerk
Howard H. Baker, Jr. U.S. Courthouse
800 Market Street, Suite 330
Knoxville, TN  37902

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:    Maurice K. Guinn
900 S. Gay Street, Suite 2300
Knoxville, TN  37902

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

    __William T. Magill__ (Clerk of the Bankruptcy Court)

Date: __June 13, 2025__    By: __Nancy Harpe__ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005)

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:




If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.


Date _____   Signature _____

    Print Name:   _____

    Business Address:   _____

                                      _____