B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
__Eastern__ District Of ___Tennessee___

In re __Echo MAV, LLC aka EchoMAV, LLC__ )  Case No. __3:25-bk-31122 -SHB__
           Debtor* )
                                   )  Chapter ___7___
                                   )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __June 12, 2025__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

                             Clerk, United States Bankruptcy Clerk
Address of the clerk:   Howard H. Baker, Jr. U.S. Courthouse
                             800 Market Street, Suite 330
                             Knoxville, TN 37902

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:   Maurice K. Guinn
                                               900 S. Gay Street, Suite 2300
                                                 Knoxville, TN 37902

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                 William T. Magill    (Clerk of the Bankruptcy Court)

Date: __June 13, 2025__       By: _Nancy Hope_ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. 1005)

B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

I, _____Maurice K. Guinn_____ (name), certify that on ___June 13, 2025___
(date), I served this summons and a copy of the involuntary petition on ___EchoMAV, LLC___
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

EchoMAV, LLC
c/o Trey Sprinkle
6310 Genoa Ave., Suite B
Lubbock, TX  79424

Echo MAV, LLC
c/o Diane Havir
310 Simmons Road B
Knoxville, TN  37922

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _6/13/25_      Signature _Maurice K. Guinn_

Print Name:      Maurice K. Guinn

Business Address:      P. O. Box 1990

Knoxville, TN  37901