**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE**

| | | |
|---|---|---|
| In re | : | |
| | : | |
| **Echo MAV, LLC aka EchoMAV, LLC** | : | Case No.  3:25-bk-31122 |
| | : | |
| **Debtor** | : | |

### WITHDRAWAL OF DOCUMENT 6

The Petitioning Creditor hereby withdraws Doc. 6.

> */s/ Maurice K. Guinn*
> Maurice K. Guinn
> (Bar Code No. 000366)
> Gentry, Tipton & McLemore, P.C.
> P.O. Box 1990
> Knoxville, Tennessee  37901
> (865) 525-5300
> mkg@tennlaw.com
> Attorneys for Horizon31, LLC

### CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2025, the foregoing "**Withdrawal of Document 6**" was filed electronically.

> */s/ Maurice K. Guinn*
> Maurice K. Guinn

*Withdrawal of Doc 6 (6-13-25)*