B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## _____Eastern_____ District Of _____Tennessee_____

In re  __Echo MAV, LLC aka EchoMAV, LLC__  )   Case No. __3:25-bk-31122-SHB__
            Debtor*    )
                                    )   Chapter __7__
                                    )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __June 12, 2025__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:  Clerk, United States Bankruptcy Clerk
Howard H. Baker, Jr. U.S. Courthouse
800 Market Street, Suite 330
Knoxville, TN  37902

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:  Maurice K. Guinn
900 S. Gay Street, Suite 2300
Knoxville, TN  37902

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                __William T. Magill__ (Clerk of the Bankruptcy Court)

Date: __June 13, 2025__     By: _Nancy Hype_ (Deputy Clerk)

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005)

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, __Maurice K. Guinn__ (name), certify that on __June 13, 2025__ (date), I served this summons and a copy of the involuntary petition on __EchoMAV, LLC__ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*: First class mail with sufficient postage prepaid in envelopes addressed as follows:

EchoMAV, LLC  
c/o Trey Sprinkle  
6310 Genoa Ave., Suite B  
Lubbock, TX 79424

Echo MAV, LLC  
c/o Diane Havir  
310 Simmons Road B  
Knoxville, TN 37922

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __6/13/25__   Signature __Maurice K. Guinn__

Print Name: __Maurice K. Guinn__

Business Address: __P. O. Box 1990__

__Knoxville, TN 37901__