# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | Case No. 3:25-bk-31122-SHB |
| | ) | |
| **ECHO MAV, LLC,** | ) | Chapter 7 (Involuntary) |
| | ) | |
| **Alleged Debtor.** | ) | Judge Bauknight |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Stephen M. Montgomery of Dickinson Wright PLLC hereby gives notice of his appearance on behalf of Alleged Debtor Echo MAV, LLC in the above-referenced case and requests that all notice given and required to be given in this case and all papers served and required to be served be given to and served upon the undersigned at the following address and telephone number:

> Stephen M. Montgomery
> Dickinson Wright PLLC
> 424 Church Street, Suite 800
> Nashville, TN 37219
> (615) 620-1712
> smontgomery@dickinson-wright.com

PLEASE TAKE FURTHER NOTICE that Stephen M. Montgomery requests to be added to the Alleged Debtor's Matrix at the above address and further requests that all notices and papers provided pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the same.

**RESPECTFULLY SUBMITTED:**

**DICKINSON WRIGHT, PLLC**

By:  */s/ Stephen M. Montgomery*
Stephen M. Montgomery
TN Bar No. 026489
424 Church Street, Suite 800
Nashville, TN 32719
Telephone: 615-620-1712
smontgomery@dickinson-wright.com

Attorney for Alleged Debtor Echo MAV, LLC

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing upon the following, and all persons registered to receive electronic notice in this case, via the Court's CM/ECF system on the 3rd day of July, 2025:

| | |
|---|---|
| Maurice K. Guinn<br>Gentry Tipton McLemore<br>Riverview Tower, Suite 2300<br>900 South Gay Street<br>Knoxville, TN 37902 | Office of the United States Trustee<br>800 Market Street, Suite 114<br>Knoxville, TN 37902 |

/s/ Stephen M. Montgomery