**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | Case No. 3:25-bk-31122-SHB |
| | ) | |
| **ECHO MAV, LLC,** | ) | Chapter 7 (Involuntary) |
| | ) | |
| **Alleged Debtor.** | ) | Judge Bauknight |

**PROPOSED ORDER GRANTING MOTION TO DISMISS INVOLUNTARY
BANKRUPTCY PROCEEDING, SETTING DAMAGES BOND AND
<u>SETTING HEARING ON DAMAGES</u>**

This matter is before the Court on the Motion to Dismiss Involuntary Bankruptcy Proceeding filed by Alleged Debtor Echo MAV, LLC. The Court conducted a hearing on July 31, 2025 at which counsel for the Alleged Debtor and the petitioning creditor, Horizon31, LLC ("Horizon31") appeared.

Based on the Involuntary Petition filed by Horizon31, the Motion to Dismiss and supporting papers filed by Echo MAV, the testimony presented at the July 31 hearing, the arguments of counsel at the hearing, and the entire record in this matter, the Court finds that the Motion to Dismiss is well-taken and should be granted.

1

Accordingly, the Court hereby ORDERS as follows:

1. The involuntary bankruptcy petition filed by Horizon31 in this matter on June 12, 2025 is hereby DISMISSED.

2. Pursuant to 11 U.S.C. § 303(e), Horizon31 is ordered to deposit bond with the Clerk of this Court in the amount of $_____ within seven (7) days of the entry of this Order to secure payment of any amounts the Court may award the Alleged Debtor under 11 U.S.C. § 303(i).

3. The Court sets a further hearing on costs, fees and damages to be awarded under 11 U.S.C. § 303(i) on _____, 2025 at __:__ __.M. Eastern time, in Courtroom 1-C. The Alleged Debtor may file any briefs, affidavits or declarations in support of its request for an award under 11 U.S.C. § 303(i) on or before _____, 2025. The petitioning creditor may file any briefs, counter-affidavits or counter-declarations in opposition to the Alleged Debtor's request for such an award on or before _____, 2025.

###

**APPROVED FOR ENTRY:**

**DICKINSON WRIGHT, PLLC**

By:   */s/ Stephen M. Montgomery*
     Stephen M. Montgomery
     TN Bar No. 026489
     424 Church Street, Suite 800
     Nashville, TN 32719
     Telephone: 615-620-1712
     smontgomery@dickinson-wright.com

     Attorney for Alleged Debtor Echo MAV, LLC