This Vehicle Lease Agreement (the "Agreement") is entered into on this 19th day of September 2024, by and between:

BS Solutions, a company organized and existing under the laws of TN with its principal office located at 2539 Shady Meadow Ln, Knoxville, TN 37932 ("Lessor")

AND

EchoMAV, LLC, a company organized and existing under the laws of TX with its principal office located at 6310 Genoa Ave, Lubbock TX 79424 ("Lessee").

1. Vehicle Description The vehicle subject to this Agreement is a 1997 Toyota Land Cruiser with the following details:

- VIN: JT3HJ85J0V0180088
- Color: Blue
- Mileage: 190,000 at the commencement of the lease

2. Lease Term The lease shall commence on October 1, 2024 (the "Commencement Date") and shall continue for a period of one (1) year. After the initial one-year period, the lease shall continue on a month-to-month basis unless terminated by either party with one (1) month written notice.

3. Lease Payments Lessee agrees to pay Lessor a monthly lease payment of $750. Payments are due on the first day of each month during the lease term. The Lessor will invoice the Lessee monthly at mhodges@echomav.com.

4. Security Deposit Lessee shall not be required to pay a security deposit.

5. Maintenance and Repairs

- Lessee's Responsibility: Lessee shall be responsible for routine maintenance of the vehicle, including but not limited to oil changes, tire rotations/replacement, and inspections. The Lesee shall be allowed to modify the vehicle for their needs. The Lessee shall return the vehicle in good condition, subject to normal wear and tear.
- Lessor's Responsibility: Lessor shall be responsible for all major mechanical repairs not caused by Lessee's negligence or misuse.

6. Insurance Lessee shall maintain comprehensive insurance coverage for the leased vehicle, including liability, collision, and property damage, with coverage amounts acceptable to Lessor. Lessor shall be named as an additional insured on the policy. Proof of insurance shall be provided to Lessor prior to the Commencement Date and kept current throughout the lease term.

7. Use of Vehicle The Lessee shall use the vehicle solely for lawful purposes and shall not:

- Permit the vehicle to be operated by any individual other than those authorized in this Agreement, which shall include any EchoMAV, LLC employee with a valid driver's license.
- Use the vehicle for any illegal activity or purpose.

- Take the vehicle outside of the USA without prior written consent from the Lessor.

8. Mileage Limit No mileage limit is set by the Lessor.

9. Termination

- Early Termination: Either party may terminate this Agreement by providing one (1) month written notice after the initial one-year term.
- Lessee Default: Lessor may terminate this Agreement and repossess the vehicle if Lessee fails to make any payment when due or violates any term of this Agreement.

10. Return of Vehicle At the termination of this lease, Lessee shall return the vehicle to Lessor in good condition, normal wear and tear excepted, at a location mutually agreed upon by the parties.

11. Governing Law This Agreement shall be governed by and construed in accordance with the laws of the state of TN.

12. Entire Agreement This Agreement constitutes the entire agreement between the parties and supersedes all prior understandings or agreements, whether written or oral.

13. Amendments Any amendments or modifications to this Agreement must be in writing and signed by both parties.

14. Notices All notices under this Agreement shall be in writing and delivered to the parties at their respective addresses as set forth above.

IN WITNESS WHEREOF, the parties hereto have executed this Vehicle Lease Agreement as of the date first above written.

BS Solutions

By: *Brad Stinson*

Name: Brad Stinson
Title: Owner
Date: 9/19/24

EchoMAV, LLC

By: *MHodges*

Name: Mike Hodges
Title: Managing Director
Date: 9/19/24