**Ex. 6 - Echo MAV LLC list of creditors as of June 12, 2025**

| Creditor | Amount | Description |
|---|---|---|
| **George McMahan** | $49,455.00 | Lubbock Office Lease |
| 7703 La Salle Avenue, Lubbock, TX 79424 | | |
| | | |
| **Bruce Vollmer** | $36,000.00 | Colorado Springs Lease |
| 6546 N Academy Blvd.: PMB #2113, Colorado Springs, CO 80918 | | |
| | | |
| **Cecil Anderson** | $49,680.00 | Knoxville Office Lease |
| 10301 Loma Drive, Knoxville, TN 37922 | | |
| | | |
| **Circuit Hub** | $400,000.00 | Drone Parts |
| 14 Industrial Dr E, South Deerfield, MA 01373 | | |
| | | |
| **IQinetics Vertiq** | $490,000.00 | Drone parts |
| 3401 Grays Ferry Ave BLDG 200, Philadelphia, PA 19146 | | |
| | | |
| **Vol Case & Containers** | $6,307.00 | Drone cases |
| 328 Warehouse Road Oak Ridge, TN 37830 | | |
| | | |
| **Arrow Electronics** | $150,000.00 | Drone Parts |
| 155 Chain Lake Dr., Suite 27, Halifax, NS B3S 1B3 Canada | | |
| | | |
| **NW Blue LLC** | $50,000.00 | Controllers |
| 3632 SW Baird St Unit 5, Portland, OR 97219 | | |
| | | |
| **Kutta Technologies, LLC** | $20,000.00 | Controllers |
| 2075 W Pinnacle Peak Rd., Phoenix, AZ 85027 | | |
| | | |
| **Seek Thermal** | $120,000.00 | Drone Parts |
| 6300 Hollister Ave, Santa Barbara, CA 93117 | | |
| | | |
| **Microhard Systems** | $150,000.00 | Drone Parts |
| 150 Country Hills Landing NW, Calgary, Alberta, T3K 5P3 Canada | | |
| | | |
| **Telum Development Group** | $337,000.00 | Consulting |
| 1001 S Main St., Suite 49, Kalispell, MT 59901 | | |
| | | |
| **Michael Hodges** | $280,000.00 | Back Pay |
| 106 Broken Horn Trail, Fort Worth, TX 76126 | | |
| | | |
| **Passage Consulting Group, LLC** | $80,000.00 | Consulting |
| PO Box 8036, Horseshoe Bay, TX 78657 | | |
| | | |
| **Industrial Electronics Service, Inc** | $187,674.00 | Drone Parts |
| 122 Kwickway Lane, Gray, TN 37615 | | |
| | | |
| **Republic Capital Access** | $20,000.00 | Debt financing |
| 2411 Dulles Corner Park, Suite 625, Herndon, VA 20171 | | |
| | | |
| **Hybrid Project LLC** | $317,850.00 | Drones |
| 590 Holston Private Drive, Blountville, TN 37617 | | |

| | | |
|---|---|---|
| **Booz Allen Hamilton** | **$94,655.00** | Tactical Phones |
| 160 Brooks Rd., 2nd Fl., Rome, NY 13441 | | |
| | | |
| **American Express** | **$238,476.23** | Company CC |
| P.O Box 981535 El Paso, TX 79998 | | |
| | | |
| **Uplinq Inc** | **$38,740.00** | Accounting |
| 7014 East Camelback Road, Suite 71, Scottsdale, AZ 85251 | | |
| | | |
| **Nate Garrison** | **$210,000.00** | Back Pay |
| 2609 Alex Overlook Way, Clarksville, TN 37043 | | |
| | | |
| **Outlaw Solutions Group, LLC** | **$894,500.00** | Back Pay |
| 6310 Genoa Ave Suite B, Lubbock TX 79424 | | |
| | | |
| **Horizon 31** | **$1,456,985.22** | Agreed Judgment |
| 632 Tree Ridge Rd., Knoxville, TN 37922 | | |
| | | |
| **Irradiate LLC** | **$13,500.00** | Security |
| 230 N Caldwell Cir., Downingtown, PA 19335 | | |
| | | |
| **Clear Path Marketing** | **$44,900.00** | Marketing |
| 5 N. Merchant St., Unit 1116, American Fork, UT 84003 | | |
| | | |
| **Kenneth Porter** | **$45,000.00** | CFO |
| 575 Lynnhaven Parkway, Suite 260, Virginia Beach, VA 23452 | | |
| | | |
| **BS Solutions n/k/a Drones From Scratch LLC** | **$9,000.00** | Vehicle Lease |
| 2539 Shady Meadow Lane, Knoxville, TN 37932 | | |
| | | |
| **Total** | **$5,789,722.45** | |