IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:25-bk-31122-SHB |
| | ) | |
| Echo MAV, LLC a/k/a EchoMAV, LLC | ) | Chapter 7 (Involuntary) |
| | ) | |
| Alleged Debtor | ) | |

**ORDER DENYING MOTION TO DISMISS
INVOLUNTARY PETITION**

On July 3, 2025, Echo MAV, LLC filed its Motion to Dismiss Involuntary Bankruiptcy Proceeding (Doc 10). On July 30, 2025, Horizon 31, LLC filed its Reply to Motion to Dismiss Involuntary Bankruptcy Proceeding. The Motion is DENIED.

# # #

APPROVED FOR ENTRY:

/s/Maurice K. Guinn
Maurice K. Guinn  (Bar Code No. 000366)
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, TN   37901
(865) 525-5300
mkg@tennlaw.com
Attorneys for Horizon31, LLC