United States Bankruptcy Court

Eastern District of Tennessee

In re:  Case No. 25-31122-SHB

Echo MAV, LLC aka EchoMAV, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0649-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: pdfbk | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Echo MAV, LLC aka EchoMAV, LLC, 310 Simmons Road B, Knoxville, TN 37922-1943 |
| ptcrd | + | Horizon31, LLC, 632 Tree Ridge Road, Knoxville, TN 37922-8903 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2025 19:55:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice K. Guinn | on behalf of Petitioning Creditor Horizon31  LLC mkg@tennlaw.com |
| Stephen M. Montgomery | on behalf of Debtor Echo MAV  LLC aka EchoMAV, LLC smontgomery@dickinson-wright.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

District/off: 0649-3 User: admin Page 2 of 2
Date Rcvd: Aug 04, 2025 Form ID: pdfbk Total Noticed: 3
TOTAL: 3



**SO ORDERED.**
**SIGNED this 1st day of August, 2025**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

ECHO MAV, LLC
aka ECHOMAV, LLC

    Alleged Debtor

Case No. 3:25-bk-31122-SHB
Chapter 7

## **O R D E R**

For cause shown, after notice and a hearing held July 31, 2025, the Court directs the following:

1. An evidentiary hearing on the Motion to Dismiss Involuntary Bankruptcy Proceeding filed by Alleged Debtor on July 3, 2025 [Doc. 10], and the Reply filed by Horizon31, LLC, Petitioning Creditor on July 30, 2025 [Doc. 13], will be held October 6, 2025, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee.

2. The parties will observe the following pretrial schedule:

    A. The joint pretrial statement including all stipulations of undisputed facts and issues to be addressed at trial shall be filed at least seven days before the

evidentiary hearing. The joint pretrial statement shall also include a statement concerning the use of the court's electronic evidence presentation equipment, including whether either or both parties intend to use the equipment.

    B. If either or any party desires to use the court's electronic evidence presentation equipment, in addition to so stating in the joint pretrial statement, notice must be given directly to Judge Bauknight's courtroom deputy clerk, Heather Connatser (heather_connatser@tneb.uscourts.gov or 865-545-4284), at least five working days before the evidentiary hearing. Because counsel must have received training on the use of the equipment before using it in any trial or evidentiary hearing, counsel shall contact Ms. Connatser at least fifteen days prior to the evidentiary hearing to schedule initial or refresher training.

    C. Notwithstanding any objections, exhibits accompanied by an exhibit list must be jointly pre-marked and pre-filed no later than September 29, 2025, by (1) filing on CM/ECF a "Joint Notice of Tendered Exhibits" with the exhibit list and exhibits attached in a single PDF,[1] marked with exhibit numbers and sequential page numbers, with Adobe Acrobat bookmarks for each numbered exhibit; and (2) submitting one set of exhibits accompanied by an exhibit list in paper form that bears the CM/ECF legend from the electronically pre-filed tendered exhibit to the clerk's office. If the number of exhibits totals ten or more, the hard copies shall be supplied in notebooks with tabs. The exhibits will be deemed admissible at trial by

---

[1] The maximum file size for CM/ECF remains 35MB. If the PDF for the combined exhibits exceeds 35MB, the exhibit file should be divided into multiple PDFs and filed as attachments to the joint exhibit list with sequential page numbers, with each PDF containing no partial exhibit, and with Adobe Acrobat bookmarks for each numbered exhibit.

any party subject only to objections grounded solely under Federal Rule of Evidence 402 or 403 unless objections to admissibility are filed at least four days before the evidentiary hearing.

       D.  Upon notification as set forth in subparagraphs A and B above, application of E.D. Tenn. LBR 5073-1 is suspended.

       E.  Any supplemental briefs shall be filed at least seven days before the evidentiary hearing.

       F.  Witness lists shall be filed at least seven days before the evidentiary hearing.

3.  Failure to comply with the above pretrial schedule by filing the required documents or, alternatively, to notify the Court of any resolution of the matter or need for continuance before expiration of such deadlines will result in denial, without further notice or hearing, of the relief requested by the noncompliant party or the movant if neither party has complied.

###