IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| In re : | |
| : | Case No. 3:25-bk-31122-SHB |
| Echo MAV, LLC : | |
| : | Chapter 7 |
|     Alleged Debtor : | |

## MOTION TO CONTINUE HEARING

Pursuant to the Court's Order filed on August 4, 2025 (Doc 17), an evidentiary hearing is scheduled for October 6, 2025 on the Motion to Dismiss Involuntary Bankruptcy Proceeding. Requesting a continuance of the evidentiary hearing, Horizon31, LLC ("Horizon") represents:

(1)  On June 12, 2025, Horizon filed the Involuntary Petition naming Echo MAV, LLC as a debtor.  Horizon is a creditor based on the Agreed Judgment entered on May 21, 2025 by the Circuit Court for Knox County in the amount of $1,452,385.22 plus $4,600.00 for attorney fees and litigation expenses.

(2)  On July 3, 2025, Echo MAV, LLC filed its Motion to Dismiss Involuntary Bankruptcy Proceeding (Doc 10).  One of the alleged defenses is that Echo MAV, LLC had more than 12 creditors on the June 12, 2025 Involuntary Petition date.

(3)  Federal Rule of Bankruptcy Procedure 1003(b) requires an involuntary debtor to attach to its answer the names and addresses of all creditors if it alleges the existence of more than 12 creditors.

(4)  On July 3, 2025, Echo MAV, LLC filed the Declaration Of Denny Eugene Trey Sprinkle III In Support Of Motion to Dismiss Involuntary Petition (Doc 11).  Paragraph 55 of the Declaration recites: "As of June 12, 2025, Echo MAV had 27 unsecured creditors.  A list of those

1

creditors is attached as Exhibit 6 to this Declaration." A copy of Exhibit 6 is attached hereto as Exhibit A.

(5)     Horizon's attorney has issued 16 Subpoenas in reliance on the alleged list of creditors named in Exhibit A.

(6)     On September 10, 2025, more than two months after the Exhibit 6 list was filed, Echo MAV, LLC's attorney provided Horizon's attorney with a different list of alleged creditors, which is attached as Exhibit B. The different list includes sixteen (16) alleged creditors not listed in Exhibit A and does not list several alleged creditors (other than employees and insiders) who are listed on Exhibit A.

(7)     Each list includes Vol Case & Containers ("Vol Case") as a creditor with a $6,307.00 (or a $6,307.60) claim.

(8)     Also on September 10, 2025, Echo MAV, LLC provided a copy of the Invoice to "Echo MAV" from Vol Case, a copy of which is attached as Exhibit C. Echo MAV, LLC did not provide a copy of the purchase order attached hereto as Exhibit D reflecting the purchase order to Vol Case generating Vol Case's Invoice is from Echo MAV Technologies, Inc.

(9)     Horizon requests a continuance of the evidentiary hearing to permit it to: (a) obtain records from the alleged creditors on Exhibit B who were not on Exhibit A; (b) discover why creditors other than employees and insiders listed on Exhibit A are not listed on Exhibit B; and (c) explore whether any of the newly-named alleged creditors want to join in the Involuntary Petition.

WHEREFORE, Horizon requests a continuance of the evidentiary hearing scheduled for October 6, 2025.

/s/Maurice K. Guinn
Maurice K. Guinn
(BPR #000366)
Gentry, Tipton & McLemore, P.C.
P. O. Box 1990
Knoxville, Tennessee 37901-1990
(865) 525-5300
mkg@tennlaw.com
Attorneys for Horizon31, LLC

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion to Continue Hearing** and the proposed **Order Granting Motion to Continue Hearing** were filed electronically on September 12, 2025 and will be served by the Court's CM/ECF system on Stephen Montgomery and the U. S. Trustee.

/s/Maurice K. Guinn
Maurice K. Guinn

*Motion to Continue Hearing-Horizon (9-12/25)*

3

Case 3:25-bk-31122-SHB   Doc 19   Filed 09/12/25   Entered 09/12/25 10:45:28   Desc
Main Document    Page 4 of 8

Case 3:25-bk-31122-SHB   Doc 11-6   Filed 07/03/25   Entered 07/03/25 18:31:02   Desc
Exhibit Ex. 6 - List of Creditors    Page
PAGE 2 of 2

### Ex. 6 - Echo MAV LLC list of creditors as of June 12, 2025

| Creditor | Amount | Description |
|---|---|---|
| George McMahan | $49,455.00 | Lubbock Office Lease |
| 7703 La Salle Avenue, Lubbock, TX 79424 | | |
| Bruce Vollmer | $36,000.00 | Colorado Springs Lease |
| 6546 N Academy Blvd.: PMB #2113, Colorado Springs, CO 80918 | | |
| Cecil Anderson | $49,680.00 | Knoxville Office Lease |
| 10301 Loma Drive, Knoxville, TN 37922 | | |
| Circuit Hub | $400,000.00 | Drone Parts |
| 14 Industrial Dr E, South Deerfield, MA 01373 | | |
| IQinetics Vertiq | $490,000.00 | Drone parts |
| 3401 Grays Ferry Ave BLDG 200, Philadelphia, PA 19146 | | |
| Vol Case & Containers | $6,307.00 | Drone cases |
| 328 Warehouse Road Oak Ridge, TN 37830 | | |
| Arrow Electronics | $150,000.00 | Drone Parts |
| 155 Chain Lake Dr., Suite 27, Halifax, NS B3S 183 Canada | | |
| NW Blue LLC | $50,000.00 | Controllers |
| 3632 SW Baird St Unit 5, Portland, OR 97219 | | |
| Kutta Technologies, LLC | $20,000.00 | Controllers |
| 2075 W Pinnacle Peak Rd., Phoenix, AZ 85027 | | |
| Seek Thermal | $120,000.00 | Drone Parts |
| 6300 Hollister Ave, Santa Barbara, CA 93117 | | |
| Microhard Systems | $150,000.00 | Drone Parts |
| 150 Country Hills Landing NW, Calgary, Alberta, T3K 5P3 Canada | | |
| Telum Development Group | $337,000.00 | Consulting |
| 1001 S Main St., Suite 49, Kalispell, MT 59901 | | |
| Michael Hodges | $280,000.00 | Back Pay |
| 106 Broken Horn Trail, Fort Worth, TX 76126 | | |
| Passage Consulting Group, LLC | $80,000.00 | Consulting |
| PO Box 8036, Horseshoe Bay, TX 78657 | | |
| Industrial Electronics Service, Inc | $187,674.00 | Drone Parts |
| 122 Kwickway Lane, Gray, TN 37615 | | |
| Republic Capital Access | $20,000.00 | Debt financing |
| 2411 Dulles Corner Park, Suite 625, Herndon, VA 20171 | | |
| Hybrid Project LLC | $317,850.00 | Drones |
| 590 Holston Private Drive, Blountville, TN 37617 | | |



EXHIBIT A

| | | |
|---|---|---|
| **Booz Allen Hamilton** | $94,655.00 | Tactical Phones |
| 160 Brooks Rd., 2nd Fl., Rome, NY 13441 | | |
| **American Express** | $238,476.23 | Company CC |
| P.O Box 981535 El Paso, TX 79998 | | |
| **Uplinq Inc** | $38,740.00 | Accounting |
| 7014 East Camelback Road, Suite 71, Scottsdale, AZ 85251 | | |
| **Nate Garrison** | $210,000.00 | Back Pay |
| 2609 Alex Overlook Way, Clarksville, TN 37043 | | |
| **Outlaw Solutions Group, LLC** | $894,500.00 | Back Pay |
| 6310 Genoa Ave Suite B, Lubbock TX 79424 | | |
| **Horizon 31** | $1,456,985.22 | Agreed Judgment |
| 632 Tree Ridge Rd., Knoxville, TN 37922 | | |
| **Irradiate LLC** | $13,500.00 | Security |
| 230 N Caldwell Cir., Downingtown, PA 19335 | | |
| **Clear Path Marketing** | $44,900.00 | Marketing |
| 5 N. Merchant St., Unit 1116, American Fork, UT 84003 | | |
| **Kenneth Porter** | $45,000.00 | CFO |
| 575 Lynnhaven Parkway, Suite 260, Virginia Beach, VA 23452 | | |
| **BS Solutions n/k/a Drones From Scratch LLC** | $9,000.00 | Vehicle Lease |
| 2539 Shady Meadow Lane, Knoxville, TN 37932 | | |
| **Total** | $5,789,722.45 | |

| Creditor | Nature of Debt | Amount due as of 6/12/25 |
|---|---|---|
| Ridgecrest Properties | Lubbock office lease | ongoing utility payments/maintenance obligations |
| American Express | credit card | $124,266.61 |
| AT&T | phone | $556.44 |
| Cherokee Metropolitan District | water services - CO | $87.97 |
| Eastgate LLC | Colorado Springs lease | $2,800.00 |
| Colorado Springs Utilities | electricity/gas - CO | $107.49 |
| Meridian Finance | Insurance Premium Financing | $3,679.99 |
| First Utility District of Knox County | water services - TN | $53.80 |
| Force Broadband | Internet - CO | $139.00 |
| Hybrid Project | drones | $317,850.00 |
| Industrial Electronics Services | drone parts | $187,674.13 |
| Irradiate LLC | Digital Forensics and Incident Response | $13,500 |
| Cecil Jr. and Pamela Anderson Revocable Living Trust | Knoxville office lease | $48,000 |
| Lenoir City Utilities Board | Electricity - TN | $1,292.66 |
| Microsoft Corporation | software licenses | $595.50 |
| Intuit | software licenses | $250.51 |
| Seek Thermal | drone parts | $7,900 |
| Spectrum | internet - TN | $367.86 |
| State Farm | vehicle insurance | $1,527.74 |
| Teledatics | drone parts | $1,596.20 |
| Uplinq | accounting services | $1,200 |
| Vexus | internet - TX | $452.06 |
| Vol Case & Container | drone cases | $6,307.60 |
| Caprock Waste | waste disposal services - TX | $172.17 |
| RingCentral | Telephone - TX | $118.83 |



EXHIBIT B

# INVOICE

Vol Case & Container, LLC  sales@volcase.com
328 WAREHOUSE RD  +1 (865) 481-3801
OAK RIDGE, TN 378307236



Bill to
Echo MAV
6310 Genoa Ave Ste B
Lubbock, TX 79424 USA

Ship to
Echo MAV
310 Simmons Road
Knoxville, TN 37922 USA

Shipping info
Ship via: Pick UP
Ship date: 05/16/2025

Invoice details
Invoice no.: SO-2235
Terms: Net 30
Invoice date: 05/16/2025
Due date: 06/15/2025

P.O. Number: 20250506

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | (IMF) EMV MONARK Case | (IMF) EMV MONARK Case | 20 | $266.55 | $5,331.00 |
| 2. | (FS) EMV MONARK Case - Loose Drone Insert | (FS) EMV MONARK Case - Loose Drone Insert | 20 | $48.83 | $976.60 |

Total  $6,307.60



**EchoMAV Technologies, INC**
6310 Genoa Ave Ste B
Lubbock, TX  79424 USA
diane@echomav.com

# Purchase Order

**VENDOR**
Vol Case & Container
328 Warehouse Road
Oak Ridge, TN, 37830, USA

**SHIP TO**
EchoMAV Technologies, INC.
C/O: Clayton Baldwin
310 Simmons Rd. STE B
Knoxville, TN  37922 USA

**P.O. NO.** 20250506
**DATE** 05/06/2025

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **EMV Monark Case**<br>EMV Monark Case | 20 | 266.55 | 5,331.00 |
| **EMV MONARK Case- Loose Drone Insert**<br>EMV MONARK Case- Loose Drone Insert | 20 | 48.83 | 976.60 |
| | | SUBTOTAL | 6,307.60 |
| | | TOTAL | $6,307.60 |

Payment Terms: ACH/ Credit Card
Shipping: Cases will be pick up by EchoMAV employee

Thank you!
EchoMAV Team



EXHIBIT D