IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| In re : | |
| : | Case No. 3:25-bk-31122-SHB |
| Echo MAV, LLC : | |
| : | Chapter 7 |
| Alleged Debtor : | |

**ORDER GRANTING MOTION TO CONTINUE HEARING**

For cause recited in the Motion to Continue Hearing filed on September 12, 2025, the Motion to Continue Hearing is GRANTED. The Court shall enter another Order rescheduling an evidentiary hearing and fixing dates.

APPROVED FOR ENTRY:

/s/Maurice K. Guinn
Maurice K. Guinn   (BPR #000366)
Gentry, Tipton & McLemore, P.C.
P. O. Box 1990
Knoxville, Tennessee 37901-1990
(865) 525-5300
mkg@tennlaw.com
Attorneys for Horizon31, LLC

*Order Granting Motion to Continue Hearing-Horizon (9-12/25)*