**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION AT KNOXVILLE**

| | | |
|---|---|---|
| In re | : | |
| | : | |
| Echo MAV, LLC | : | Case No. 3:25-bk-31122-SHB |
| Aka EchoMAV, LLC | : | |
| | : | |
| Alleged Debtor | : | Chapter 7 (Involuntary) |
| | : | |
| | : | |
| | : | Judge Bauknight |
| | : | |

**PROPOSED ORDER GRANTING ECHO MAV'S MOTION TO QUASH**
**SUBPOENAS ISSUED TO THIRD PARTIES BY HORIZON31, LLC**

This matter is before the Court on the Motion to Quash Subpoenas Issued to Third Parties by Horizon31, LLC, filed by Alleged Debtor Echo MAV, LLC (the "Motion"). The Court has considered the Motion, the arguments of counsel, and the record in this case. For good cause shown, and pursuant to Federal Rules of Civil Procedure 26 and 45, as incorporated by Bankruptcy Rules 7026 and 9016, the Court finds that the Motion should be GRANTED.

Accordingly, the Court hereby ORDERS as follows that:

1

1. The twelve subpoenas issued or noticed by Horizon31, LLC on September 9-11, 2025, directed to Booz Allen Hamilton; Kutta Technologies, LLC; Iradiate, LLC; NW Blue, Inc.; Uplinq, Inc.; IQinectics Vertiq; Seek Thermal; Republic Capital Access; Circuhtub, Inc.; Clear Path Marketing; George McMahan; and Passage Consulting Group, LLC are hereby QUASHED.

2. All compliance deadlines stated in the subpoenas are STAYED and of no further force or effect.

3. To the extent any portion of the subpoenas is not quashed, Horizon31, LLC shall first seek discovery from Echo MAV, LLC before burdening non-parties; any third-party discovery shall be limited to targeted categories and narrowed time frames upon a showing of specific unmet need; and compliance deadlines shall be negotiated reasonably with the recipients.

4. Horizon31, LLC shall not issue further subpoenas to Echo MAV's creditors or counterparties without prior leave of Court.

###

**APPROVED FOR ENTRY:**

**DICKINSON WRIGHT, PLLC**

By: */s/ Stephen M. Montgomery*
Stephen M. Montgomery
TN Bar No. 026489
424 Church Street, Suite 800
Nashville, TN 32719
Telephone: 615-620-1712
smontgomery@dickinson-wright.com

Attorney for Alleged Debtor Echo MAV, LLC