**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION AT KNOXVILLE**

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **Echo MAV, LLC** | : | **Case No. 3:25-bk-31122-SHB** |
| **Aka EchoMAV, LLC** | : | |
| | : | |
| **Alleged Debtor** | : | **Chapter 7 (Involuntary)** |

### MOTION OF ECHO MAV, LLC TO SHORTEN TIME TO HEAR MOTION TO QUASH SUBPOENAS ISSUED TO THIRD PARTIES BY HORIZON31, LLC

Echo MAV, LLC ("Echo MAV"), by and through undersigned counsel, respectfully moves the Court pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) and E.D. Tenn. LBR 9006-1 to shorten the hearing time for Echo MAV's Motion to Quash Subpoenas Issued to Third Parties (D.E. 24) to September 25, 2025 at 10:00 a.m. EDT.  For good cause, Echo MAV would show that it filed the Motion to Quash on September 19, and the evidentiary hearing in this matter is scheduled for November 12-13.  The Court has only two motion dockets which are more than 21 but fewer than 40 days after September 19 and before November 12, specifically, October 23 and 30.  Undersigned counsel is unable to participate in a hearing on October 23 because he is required to appear in person in Chicago that day for a contested confirmation hearing in a case pending in the United States Bankruptcy Court for the Northern District of Illinois.  Counsel submits that the parties need a ruling on the Motion to Quash prior to October 30, so that they can inform the subpoena recipients of the Court's ruling and prepare accordingly for the evidentiary hearing.

Undersigned counsel further submits that he conferred with counsel for the Petitioning Creditor Horizon31, LLC who advised he is available at the requested September 25 hearing time.

1

For the foregoing reasons, Echo MAV respectfully requests that the Court enter an order shortening the hearing time for its Motion to Quash Subpoenas issued to Third Parties to September 25, 2025 at 10:00 a.m. EDT.

Respectfully submitted,

**Dated: September 23, 2025**

DICKINSON WRIGHT PLLC

By: */s/ Stephen M. Montgomery*
Stephen M. Montgomery
Tennessee Bar No. 026489
DICKINSON WRIGHT PLLC
424 Church St. Suite 800
Nashville, TN 37219
Telephone: 615-244-6538
SMontgomery@dickinson-wright.com

*Attorney for EchoMAV LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

        I certify that I served a true and correct copy of the foregoing upon the following, and all persons registered to receive electronic notice in this case, via the Court's CM/ECF system on the 23rd day of September, 2025:

Maurice K. Guinn
Gentry Tipton McLemore
Riverview Tower, Suite 2300
900 South Gay Street
Knoxville, TN 37902

Office of the United States Trustee
800 Market Street, Suite 114
Knoxville, TN 37902


                                        <u>/s/ Stephen M. Montgomery</u>