IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| Echo MAV, LLC | : | Case No. 3:25-bk-31122-SHB |
| Aka EchoMAV, LLC | : | |
| | : | |
| Alleged Debtor | : | Chapter 7 (Involuntary) |
| | : | |
| | : | |
| | : | Judge Bauknight |
| | : | |

**ORDER GRANTING ECHO MAV'S MOTION TO SHORTEN TIME TO HEAR
MOTION TO QUASH SUBPOENAS ISSUED TO THIRD PARTIES
BY HORIZON31, LLC**

This matter is before the Court on the Motion of Alleged Debtor Echo MAV, LLC to shorten the time to hear its Motion to Quash Subpoenas Issued to Third Parties by Horizon31, LLC (D.E. 24). The Court has considered the Motion and for good cause shown finds that the Motion should be GRANTED.

Accordingly, the Court hereby ORDERS pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) and E.D. Tenn. LBR 9006-1 that the hearing on Echo MAV, LLC's Motion

1

to Quash Subpoenas Issued to Third Parties by Horizon31, LLC shall take place on **September 25, 2025 at 10:00 a.m. EDT**.

###

**APPROVED FOR ENTRY:**

**DICKINSON WRIGHT, PLLC**

By: */s/ Stephen M. Montgomery*
      Stephen M. Montgomery
      TN Bar No. 026489
      424 Church Street, Suite 800
      Nashville, TN 32719
      Telephone: 615-620-1712
      smontgomery@dickinson-wright.com

      Attorney for Alleged Debtor Echo MAV, LLC