United States Bankruptcy Court

Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-31122-SHB |
| Echo MAV, LLC aka EchoMAV, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0649-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 26, 2025 | Form ID: pdfbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Echo MAV, LLC aka EchoMAV, LLC, 310 Simmons Road B, Knoxville, TN 37922-1943 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2025 20:00:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 28, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice K. Guinn | on behalf of Petitioning Creditor Horizon31  LLC mkg@tennlaw.com |
| Stephen M. Montgomery | on behalf of Debtor Echo MAV  LLC aka EchoMAV, LLC smontgomery@dickinson-wright.com |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |

TOTAL: 3



**SO ORDERED.**
**SIGNED this 25th day of September, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

ECHO MAV, LLC
aka ECHOMAV, LLC

    Alleged Debtor

Case No. 3:25-bk-31122-SHB
Chapter 7

## O R D E R

For the reasons stated in the Memorandum Opinion delivered from the bench on September 25, 2025, and the authority cited from *Soboleski v. Party Pizza Roseville, Inc.*, No. 24-13138, 2025 WL 2647583 (E.D. Mich. Sept. 15, 2025) and *Swisher v. Apex Mktg. Mgmt., Inc.*, No. 2:25-cv-00434, 2025 WL 2450700 (S.D. Ohio Aug. 26, 2025), the Court directs that the Opposed Motion of Echo Mav, LLC to Quash Subpoenas Issued to Third Parties by Horizon31, LLC filed on September 19, 2025 [Doc. 24], is DENIED.

###