**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

| | |
|---|---|
| **In re** ) | Case No. 3:25-bk-31122-SHB |
| ) | |
| **ECHO MAV, LLC,** ) | Chapter 7 (Involuntary) |
| ) | |
| **Alleged Debtor.** ) | Judge Bauknight |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Alleged Debtor Echo MAV, LLC ("Echo MAV") moves this Court for entry of the proposed agreed protective order (the "Agreed Protective Order") attached hereto as **Exhibit 1**. The Parties are engaged in fact discovery, and have conferred and agree that certain documents and communications to be produced by both sides during this litigation will include confidential, proprietary, or private information for which special protection is warranted. Counsel for Petitioning Creditor Horizon31 LLC has reviewed and approved the proposed form of Order.

**WHEREFORE**, Echo MAV respectfully request that the Court enter the proposed Agreed Protective Order.

*Joint Motion for Entry of*
*Agreed Protective Order*

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

By: /s/ Stephen M. Montgomery
Stephen M. Montgomery, Esq., # 026489
424 Church Street, Suite 800
Nashville, Tennessee 37219
(615) 620-1712
(844) 670-6009 Fax
smontgomery@dickinson-wright.com
*Counsel for Alleged Debtor Echo MAV, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2025 a true and correct copy of the foregoing has been served on the following, and all parties registered to receive electronic notice in this case, through the Court's CM/ECF system:

Maurice K. Guinn
Gentry Tipton McLemore
Riverview Tower, Suite 2300
900 South Gay Street
Knoxville, TN 37902
mkg@tennlaw.com
*Attorney for Horizon31*

/s/ Stephen M. Montgomery

*Joint Motion for Entry of
Agreed Protective Order*