IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 3:25-bk-31122-SHB |
| ECHO MAV, LLC ) | Involuntary Petition Ch. 7 (Contested) |
| a/k/a ECHOMAV, LLC ) | |
| ) | |
| Alleged Debtor ) | |

## JOINDER OR INTERVENTION BY ADDITIONAL PETITIONING CREDITOR DRONES FROM SCRATCH, LLC

COMES Drones From Scratch, LLC ("Petitioner"), by and through counsel, and hereby notifies the Court and parties in interest of the Joinder or Intervention by Additional Petitioning Creditor, Drones From Scratch, LLC and would say as follows:

1. Petitioner Drones From Scratch, LLC f/k/a BS Solutions, with the address of 2539 Shady Meadow Lane, Knoxville, Tennessee, is a creditor of the Debtor, Echo MAV, LLC, holding an unsecured claim against Echo MAV, LLC, not contingent as to liability and not subject to a bona fide dispute as to liability or amount in the amount of $2,273.34. The nature of Petitioner's claim is as follows: Default on vehicle lease for JT3HJ85J0V0180088.

2. Pursuant to 11 U.S.C. §303(c), Petitioner hereby joins in the Involuntary Petition filed on June 12, 2025 by Horizon 31, LLC.

3. Petitioner hereby adopts and incorporates herein by specific reference thereto, and makes part of this Joinder each and every allegation of said Involuntary Petition as if set forth verbatim herein.

WHEREFORE, premises considered, Petitioner joins in the Involuntary Petition filed June 12, 2025 and prays that an Order for Relief be entered against the Debtor under Chapter 7 of the Bankruptcy Code, Title 11 United States Code.

/s/Maurice K. Guinn
Maurice K. Guinn
(BPR #000366)
Gentry, Tipton & McLemore, P.C.
P. O. Box 1990
Knoxville, Tennessee 37901-1990
(865) 525-5300
mkg@tennlaw.com
Attorneys for Petitioning Creditor Drones From Scratch, LLC

## DECLARATION

I, Brad Jones Stinson, the owner of Drones From Scratch, LLC f/k/a BS Solutions, the Petitioner herein, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief, and the filing of this Joinder or Intervention by Additional Petitioning Creditor on behalf of the Petitioner has been duly authorized.

Executed this 17th day of October, 2025.

DRONES FROM SCRATCH, LLC

By: _____
Brad Jones Stinson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2025, the foregoing **"Joinder Or Intervention By Additional Petitioning Creditor Drones From Scratch, LLC"** was filed electronically and will be served electronically by operation of the Court's electronic case filing system on Stephen M. Montgomery and the United States Trustee.

A copy of the foregoing **"Joinder Or Intervention By Additional Petitioning Creditor Drones From Scratch, LLC"** was served on October 22, 2025, by first class mail with postage prepaid in envelopes addressed as follows:

Echo MAV, LLC
6310 Genoa Avenue, Suite A
Lubbock, TX  79424-2708

Stephen M. Montgomery
424 Church Street, Suite 800
Nashville, TN  37219

                                                                                     Maurice K. Guinn

*Joinder or Intervention Drones From Scratch 10-15-25*