IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 3:25-bk-31122-SHB |
| ECHO MAV, LLC ) | Involuntary Petition Ch. 7 (Contested) |
| a/k/a ECHOMAV, LLC ) | |
| ) | |
| Alleged Debtor ) | |

## JOINDER OR INTERVENTION BY ADDITIONAL PETITIONING CREDITOR ROSENTHAL & ASSOCIATES

COMES Rosenthal & Associates ("Petitioner"), by and through counsel, and hereby notifies the Court and parties in interest of the Joinder or Intervention by Additional Petitioning Creditor Rosenthal & Associates and would say as follows:

1. Petitioner Rosenthal & Associates, with the address of 8898 Navajo Rd. Ste C#329, San Diego, CA, is a creditor of the Debtor, Echo MAV, LLC, holding an unsecured claim against Echo MAV, LLC, not contingent as to liability and not subject to a bona fide dispute as to liability or amount in the amount of $77,000. The nature of Petitioner's claim is as follows: Professional Services.

2. Pursuant to 11 U.S.C. §303(c), Petitioner hereby joins in the Involuntary Petition filed on June 12, 2025 by Horizon31, LLC.

3. Petitioner hereby adopts and incorporates herein by specific reference thereto, and makes part of this Joinder, each and every allegation of said Involuntary Petition as if set forth verbatim herein.

WHEREFORE, premises considered, Petitioner joins in the Involuntary Petition filed June 12, 2025 and prays that an Order for Relief be entered against the Debtor under Chapter 7 of the Bankruptcy Code, Title 11 United States Code.

/s/Maurice K. Guinn
Maurice K. Guinn
Gentry, Tipton & McLemore P.C.
P.O. Box 1990
Knoxville, TN 37901
(865) 525-5300
Fax: 865-523-7315
Email: mkg@tennlaw.com
*Attorneys for Petitioning Creditor Rosenthal & Associate*

## DECLARATION

I, Larry Rosenthal, the  President  of Rosenthal & Associates, the Petitioner herein, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief, and the filing of this Joinder or Intervention by Additional Petitioning Creditor on behalf of the Petitioner has been duly authorized.

Executed this  21  day of  October , 2025.

ROSENTHAL & ASSOCIATES

By: _____
  Larry Rosenthal (Oct 21, 2025 11:22:31 PDT)
Larry Rosenthal

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2025, the foregoing **"Joinder Or Intervention by Additional Petitioning Creditor Rosenthal & Associates"** was filed electronically and will be served electronically by operation of the Court's electronic case filing system on Stephen M. Montgomery and the United States Trustee.

A copy of the foregoing **"Joinder Or Intervention by Additional Petitioning Creditor Rosenthal & Associates"** was served on October 22, 2025, by first class mail with postage prepaid in envelopes addressed as follows:

Echo MAV, LLC
6310 Genoa Avenue, Suite A
Lubbock, TX 79424-2708

Stephen M. Montgomery
424 Church Street, Suite 800
Nashville, TN 37219

*/s/ Maurice K. Guinn*
Maurice K. Guinn

Joinder or Intervention by Rosenthal & Assoc. (9-30-25)