**The motion is denied without prejudice for failure to comply with E.D. Tenn. LBRs 2090-1(c)(1) (which requires a statement signed under penalty of perjury); 5005-4(h)(2) (which prohibits electronic signatures on such statements); and 9013-3(b) (which requires certificates of service to include a description of the paper served). Also, the order is improperly entitled "proposed order."**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 22nd day of October, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| **In re** | : |
| | : |
| **Echo MAV, LLC** | : Case No. 3:25-bk-31122-SHB |
| **Aka EchoMAV, LLC** | : |
| | : |
| **Alleged Debtor** | : Chapter 7 (Involuntary) |
| | : |
| | : Judge Bauknight |

**PROPOSED ORDER GRANTING ECHO MAV'S MOTION FOR PRO HAC VICE ADMISSION OF ETHAN A. HASTERT**

Alleged Debtor Echo MAV, LLC has moved the Court pursuant to E.D. Tenn. LBR 2090-1(c) to admit Ethan A. Hastert of Dickinson Wright PLLC to practice in this case *pro hac vice*. For good cause shown, the Court finds that the Motion should be GRANTED.

Accordingly, the Court hereby ORDERS that Ethan A. Hastert is admitted to practice before this Court *pro hac vice* to represent Echo MAV, LLC in the above-styled case.

###

1

**APPROVED FOR ENTRY:**

**DICKINSON WRIGHT, PLLC**

By: */s/ Stephen M. Montgomery*
Stephen M. Montgomery
TN Bar No. 026489
424 Church Street, Suite 800
Nashville, TN 32719
Telephone: 615-620-1712
smontgomery@dickinson-wright.com

Attorney for Alleged Debtor Echo MAV, LLC

