IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| In re | : | |
| | : | |
| Echo MAV, LLC | : | Case No. 3:25-bk-31122-SHB |
| Aka EchoMAV, LLC | : | |
| | : | |
| Alleged Debtor | : | Chapter 7 (Involuntary) |

## MOTION OF ECHO MAV, LLC FOR PRO HAC VICE ADMISSION OF ETHAN A. HASTERT

Echo MAV, LLC ("Echo MAV"), by and through undersigned counsel, moves the Court pursuant to E.D. Tenn. LBR 2090-1(c) to admit Ethan A. Hastert of Dickinson Wright PLLC to practice *pro hac vice* in the above-styled matter. Echo MAV sets forth the information required by LBR 2090-1(c) below:

<u>Movant's Office Address, Telephone and Fax Numbers, and Email Address</u>

55 West Monroe Street, Suite 1200
Chicago, IL 60603
Phone: (312) 377-7864
Fax: (844) 670-6009
Email: EHastert@dickinson-wright.com

<u>Each Court to Which the Movant is Admitted to Practice</u>

U.S. Court of Appeals, Seventh Circuit

U.S. District Court, Northern District of Illinois

U.S. District Court, Central District of Illinois

U.S. District Court, Eastern District of Wisconsin

U.S. District Court, Northern District of Indiana

<u>Certification of Good Standing</u>

Mr. Hastert is in good standing and eligible to practice in all courts to which he is admitted.

I hereby certify under penalty of perjury that the above information is true and correct.

/s/ Ethan A. Hastert
Ethan A. Hastert
Dickinson Wright PLLC

Respectfully submitted,

Dated: October 24, 2025

DICKINSON WRIGHT PLLC

By: /s/ Stephen M. Montgomery
Stephen M. Montgomery
Tennessee Bar No. 026489
DICKINSON WRIGHT PLLC
424 Church St. Suite 800
Nashville, TN 37219
Telephone: 615-244-6538
SMontgomery@dickinson-wright.com

*Attorney for EchoMAV LLC*

## **CERTIFICATE OF SERVICE**

      I certify that I served a true and correct copy of the foregoing Motion of Echo MAV, LLC for Pro Hac Vice Admission of Ethan A. Hastert upon the following, and all persons registered to receive electronic notice in this case, via the Court's CM/ECF system on the 24th day of October, 2025:

| | |
|---|---|
| Maurice K. Guinn<br>Gentry Tipton McLemore<br>Riverview Tower, Suite 2300<br>900 South Gay Street<br>Knoxville, TN 37902 | Office of the United States Trustee<br>800 Market Street, Suite 114<br>Knoxville, TN 37902 |

                                                  /s/ Stephen M. Montgomery