IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| **In re** | : | |
| | : | |
| **Echo MAV, LLC** | : | Case No. 3:25-bk-31122-SHB |
| **Aka EchoMAV, LLC** | : | |
| | : | |
| **Alleged Debtor** | : | Chapter 7 (Involuntary) |
| | : | |
| | : | |
| | : | Judge Bauknight |
| | : | |

**ORDER GRANTING ECHO MAV'S MOTION FOR PRO HAC VICE ADMISSION OF ETHAN A. HASTERT**

Alleged Debtor Echo MAV, LLC has moved the Court pursuant to E.D. Tenn. LBR 2090-1(c) to admit Ethan A. Hastert of Dickinson Wright PLLC to practice in this case *pro hac vice*. For good cause shown, the Court finds that the Motion should be GRANTED.

Accordingly, the Court hereby ORDERS that Ethan A. Hastert is admitted to practice before this Court *pro hac vice* to represent Echo MAV, LLC in the above-styled case.

###

1

**APPROVED FOR ENTRY:**

**DICKINSON WRIGHT, PLLC**

By:    */s/ Stephen M. Montgomery*
      Stephen M. Montgomery
      TN Bar No. 026489
      424 Church Street, Suite 800
      Nashville, TN 32719
      Telephone: 615-620-1712
      smontgomery@dickinson-wright.com

      Attorney for Alleged Debtor Echo MAV, LLC