United States Bankruptcy Court

Eastern District of Tennessee

| | |
|---|---|
| In re: | Case No. 25-31122-SHB |
| Echo MAV, LLC aka EchoMAV, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0649-3      User: admin      Page 1 of 2

Date Rcvd: Oct 23, 2025      Form ID: pdfbk      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Echo MAV, LLC aka EchoMAV, LLC, 310 Simmons Road B, Knoxville, TN 37922-1943 |
| ptcrd | + | Horizon31, LLC, 632 Tree Ridge Road, Knoxville, TN 37922-8903 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 23 2025 20:12:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice K. Guinn | on behalf of Petitioning Creditor Drones From Scratch LLC mkg@tennlaw.com |
| Maurice K. Guinn | on behalf of Petitioning Creditor Rosenthal & Associates mkg@tennlaw.com |
| Maurice K. Guinn | on behalf of Petitioning Creditor Horizon31 LLC mkg@tennlaw.com |

District/off: 0649-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 23, 2025 | Form ID: pdfbk | Total Noticed: 3

Stephen M. Montgomery
    on behalf of Debtor Echo MAV  LLC aka EchoMAV, LLC smontgomery@dickinson-wright.com

United States Trustee
    Ustpregion08.kx.ecf@usdoj.gov

TOTAL: 5

The motion is denied without prejudice for failure to comply with E.D. Tenn. LBRs 2090-1(c)(1) (which requires a statement signed under penalty of perjury); 5005-4(h)(2) (which prohibits electronic signatures on such statements); and 9013-3(b) (which requires certificates of service to include a description of the paper served). Also, the order is improperly entitled "proposed order."

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 22nd day of October, 2025**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION AT KNOXVILLE**

| | |
|---|---|
| **In re** | : |
| | : |
| **Echo MAV, LLC** | :     Case No. 3:25-bk-31122-SHB |
| **Aka EchoMAV, LLC** | : |
| | : |
| **Alleged Debtor** | :     Chapter 7 (Involuntary) |
| | : |
| | :     Judge Bauknight |

**PROPOSED ORDER GRANTING ECHO MAV'S MOTION FOR PRO HAC VICE ADMISSION OF ETHAN A. HASTERT**

Alleged Debtor Echo MAV, LLC has moved the Court pursuant to E.D. Tenn. LBR 2090-1(c) to admit Ethan A. Hastert of Dickinson Wright PLLC to practice in this case *pro hac vice*. For good cause shown, the Court finds that the Motion should be GRANTED.

Accordingly, the Court hereby ORDERS that Ethan A. Hastert is admitted to practice before this Court *pro hac vice* to represent Echo MAV, LLC in the above-styled case.

###

1

**APPROVED FOR ENTRY:**

**DICKINSON WRIGHT, PLLC**

By:     /s/ *Stephen M. Montgomery*
         Stephen M. Montgomery
         TN Bar No. 026489
         424 Church Street, Suite 800
         Nashville, TN 32719
         Telephone: 615-620-1712
         smontgomery@dickinson-wright.com

         Attorney for Alleged Debtor Echo MAV, LLC



2