

**SO ORDERED.**
**SIGNED this 31st day of October, 2025**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

ECHO MAV, LLC
aka ECHOMAV, LLC

    Alleged Debtor

Case No. 3:25-bk-31122-SHB
Chapter 7

## **O R D E R**

A telephone conference was held October 30, 2025, on an informal request by the Petitioning Creditors[1] to continue the evidentiary hearing on the Motion to Dismiss Involuntary Bankruptcy Proceeding filed by Alleged Debtor ("Motion to Dismiss") currently scheduled to commence on November 12, 2025.  During the conference, the parties discussed the reasons for the requested continuance, whether the joinder of additional creditors altered Alleged Debtor's Motion to Dismiss, and any prejudice to the Alleged Debtor, which opposes a continuance, if a continuance were granted (including the mitigation of any such prejudice to Alleged Debtor based

---

[1] The contested matter initially related to a single petitioning creditor, but on October 22, 2025, two Joinders or Interventions by Additional Petitioning Creditors Drones from Scratch, LLC [Doc. 36] and Rosenthal & Associates [Doc. 37] were filed.  Because of a serious family medical crisis, the principal of Rosenthal & Associates is unavailable to participate in the originally scheduled trial.

on the provisions of 11 U.S.C. § 303(i) and the damages authorized therein).  For cause shown and based on the equities to all parties, the Court directs the following:

1.  The informal request by the Petitioning Creditors for a continuance is GRANTED.  Absent extraordinary circumstances, no further continuances requested by Petitioning Creditors will be granted.

2.  The evidentiary hearing on the Motion to Dismiss Involuntary Bankruptcy Proceeding filed by Alleged Debtor on July 3, 2025 [Doc. 10], and the Reply filed by Horizon31, LLC, Petitioning Creditor on July 30, 2025 [Doc. 13], is CONTINUED to November 24, 2025, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, 800 Market Street, Knoxville, Tennessee, and will continue through November 25, 2025, if necessary.

3.  The parties will observe the following pretrial schedule:

    A.  The joint pretrial statement including all stipulations of undisputed facts and issues to be addressed at trial shall be filed by November 17, 2025.  The joint pretrial statement shall also include a statement concerning the use of the court's electronic evidence presentation equipment, including whether either or both parties intend to use the equipment.

    B.  If either or any party desires to use the court's electronic evidence presentation equipment, in addition to so stating in the joint pretrial statement, notice must be given directly to Judge Bauknight's courtroom deputy clerk, Heather Connatser (heather_connatser@tneb.uscourts.gov or 865-545-4284), at least five working days before the evidentiary hearing.  Because counsel must have received

training on the use of the equipment before using it in any trial or evidentiary hearing, counsel shall contact Ms. Connatser at least fifteen days prior to the evidentiary hearing to schedule initial or refresher training.

  C. Notwithstanding any objections, exhibits accompanied by an exhibit list must be jointly pre-marked and pre-filed no later than November 17, 2025, by (1) filing on CM/ECF a "Joint Notice of Tendered Exhibits" with the exhibit list and exhibits attached in a single PDF,[2] marked with exhibit numbers and sequential page numbers, with Adobe Acrobat bookmarks for each numbered exhibit; and (2) submitting one set of exhibits accompanied by an exhibit list in paper form that bears the CM/ECF legend from the electronically pre-filed tendered exhibit to the clerk's office. If the number of exhibits totals ten or more, the hard copies shall be supplied in notebooks with tabs. The exhibits will be deemed admissible at trial by any party subject only to objections grounded solely under Federal Rule of Evidence 402 or 403 unless objections to admissibility are filed at least four days before the evidentiary hearing.

  D. Upon notification as set forth in subparagraphs A and B above, application of E.D. Tenn. LBR 5073-1 is suspended.

  E. Any supplemental briefs shall be filed no later than November 17, 2025.

  F. Witness lists shall be filed no later than November 17, 2025.

---

[2] The maximum file size for CM/ECF remains 35MB. If the PDF for the combined exhibits exceeds 35MB, the exhibit file should be divided into multiple PDFs and filed as attachments to the joint exhibit list with sequential page numbers, with each PDF containing no partial exhibit, and with Adobe Acrobat bookmarks for each numbered exhibit.

4. Failure to comply with the above pretrial schedule by filing the required documents or, alternatively, to notify the Court of any resolution of the matter or need for continuance before expiration of such deadlines will result in denial, without further notice or hearing, of the relief requested by the noncompliant party or the movant if neither party has complied.

5. This Order supplants the Order entered on September 15, 2025 [Doc. 22].

###